IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| TRAVIS LAWAYNE RYALS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:11-CV-00210-LGW-JEG |
| | ) | |
| JAMES DOMINY, in his individual capacity, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Plaintiff in the above-referenced action and files this, his Certificate of Interested Persons and Corporate Disclosure showing this Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation, and any publicly held corporation that owns 10% of more of the stock of a party:

    (A)    Travis Lawayne Ryals, Plaintiff; and

    (B)    James Dominy, Defendant

2.  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest

in or other interest which could be substantially affected by the outcome of this particular case:

    (A)    Brian Spears, Esq.; and

    (B)    Albert Wan, Esq.

    3.    The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For the Plaintiff:    Brian Spears, Bar No. 670112
    1126 Ponce de Leon Avenue
    Atlanta, GA 30306

    Albert Wan, Bar No. 334224
    1201 Peachtree St., Ste. 200
    Atlanta, GA 30361

Submitted this 28th day of December, 2011.

    S/ G. BRIAN SPEARS
    Bar No. 670112
    Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086