# United States District Court
## Southern District of Georgia

FILED U.S. DISTRICT COURT
2012 JAN 10 AM 10:02
CLERK
SO. DIST. OF GA.

Travis Lawayne Ryals
_____
Plaintiff

v.

James Dominy
_____
Defendant

Case No. 211-CV-210-LGW-JEG
_____

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This _10th_ day of _January 2012_

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Albert Wan, Esq.

**Business Address:** Albert Wan, Attorney at Law
Firm/Business Name

1201 Peachtree Street NE, 400 Colony Square, Suite 200
Street Address

Atlanta | GA | 30361
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

404-872-7760 | 334224
Telephone Number (w/ area code) | Georgia Bar Number