IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DISTRICT COURT
12 MAR -1  PM 2:04

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| TRAVIS LAWAYNE RYALS, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV211-210 |
| JAMES DOMINY, in his individual capacity, | |
| Defendant. | |

### SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the following dates represent the last day for filing specific pleadings in the above styled case:

| | |
|---|---|
| DATE ISSUE JOINED | January 30, 2012 |
| DATE OF RULE 26(f) CONFERENCE | February 14, 2012 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | March 30, 2012 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY PLAINTIFF | April 14, 2012 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY A DEFENDANT | May 14, 2012 |
| CLOSE OF DISCOVERY | June 18, 2012 |
| LAST DAY FOR FILING **ALL** CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT **EXCLUDING MOTIONS IN LIMINE** | July 18, 2012 |
| PRE-TRIAL ORDER DUE* | August 17, 2012 |

AO 72A
(Rev. 8/82)

*The pretrial order shall be in the format for District Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gas.uscourts.gov under "forms."

Defendant(s) shall submit their portion of the pretrial order to plaintiff five (5) days before the pretrial order deadline, in default of which sanctions may be imposed.

Motions in limine shall be submitted in writing at least five (5) days prior to the pretrial conference; responses thereto shall be submitted within fourteen (14) days.

All motions, other than summary judgment and motions to dismiss, shall be accompanied with a proposed order.

**ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL NOT BE ALLOWED.**

Curriculum vitaes on all expert witnesses shall be filed separately with the pretrial order. This rule will be strictly adhered to and the court will not allow the expert witness to testify if this has not been complied with.

**SO ORDERED**, this 1st day of March, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)